**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

August 18, 2004

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40217
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE SAMUEL FLORES-IGLESIAS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-99-ALL
---------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender, court-appointed counsel for

Jose Samuel Flores-Iglesias ("Flores"), has moved for leave to

withdraw from this appeal and has filed a brief pursuant to

Anders v. California, 386 U.S. 738 (1967).  Flores has received a

copy of counsel's motion and brief but has not filed a response.

Our independent review of the brief and the record discloses no

nonfrivolous issue.  Accordingly, counsel's motion for leave to

withdraw is GRANTED, counsel is excused from further

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.